UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERICK ENRIQUE CABALLERO, | CASE NO. 2:26-cv-00990-JHC |
| Petitioner, | MINUTE ORDER |
| v. | |
| PAMELA BONDI et al., | |
| Respondents. | |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) Petitioner's application to proceed in forma pauperis, Dkt. # 1, is GRANTED.

(2) The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 25th day of March 2026.

Joshua C. Lewis
Clerk

/s/Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 1