UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ERICK ENRIQUE CABALLERO,

              Petitioner,

     v.

PAMELA BONDI et al.,

              Respondents.

CASE NO. 2:26-cv-00990-JHC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1)  It has come to the Court's attention that detained, pro se petitioners, of which Petitioner here is, may be using mail to submit briefing, in which case the current 5-day traverse deadline might not be feasible.  *See* Dkt. # 5.  The Court thus sets April 28, 2026, as the deadline for Petitioner's optional traverse.

(2)  The Court DIRECTS the Clerk to re-note this Petition for April 28, 2026.

(3)  The Clerk is DIRECTED to forward a copy of this Order to all counsel of record.

//

//

MINUTE ORDER - 1

Dated this 14th day of April 2026.

<div style="margin-left:50%">

Joshua C. Lewis
Clerk

*/s/Ashleigh Drecktrah*
Deputy Clerk

</div>

MINUTE ORDER - 2